HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-112 JLR |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION TO POSTPOSE VOLUNTARY SELF SURRENDER DATE |
| v. | |
| TODD PENGELLY, | |
| Defendant. | |

This Court, having reviewed Defendant Todd Pengelly's motion to postpose his voluntary self-surrender date, having reviewed the records and files in this case, and finding good cause,

IT IS NOW ORDERED that the motion (DKT. # 35) is GRANTED. The date by which Mr. Pengelly must report to the SeaTac Federal Detention Center is extended 5 days, from November 30, 2021, to no later than December 5, 2021.

DATED this 22nd day of November, 2021.

_____
The Honorable James L. Robart
United States District Judge

ORDER GRANTING MOTION TO POSTPONE
SELF-SURRENDER DATE   - 1
USA v. Pengelly, CR21-112JLR

THE MERYHEW LAW GROUP
200 BROADWAY, SUITE 301
SEATTLE, WA 98122
PHONE: (206) 264-1590